JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   8:21-cv-00543-CJC-ADS                              Date   4/27/2021
Title        THERESA BROOKE V. KAON INVESTMENTS LLC

Present : The Honorable  CORMAC J. CARNEY, U.S. DISTRICT JUDGE

Cheryl Wynn                                      Not Reported
Deputy Clerk                              Court Reporter / Recorder

Attorneys Present for Plaintiffs:        Attorneys Present for Defendants:

None Present                                    None Present

**Proceedings:**     **(IN CHAMBERS) ORDER DISMISSING ACTION ON NOTICE OF DISMISSAL**

The Court is in receipt of Plaintiff's Notice of Dismissal of the entire action [9], and hereby orders the case dismissed with prejudice. Further, the Court orders all proceedings in the case vacated and taken off calendar.

_  :  _
Initials of Deputy Clerk:  cw